# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Carlos Rodeia**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00006-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Biltmore Forest Country Club, Inc.**,** | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2018 Order.

June 21, 2018

<br>

*Frank G. John*

Frank G. Johns, Clerk
United States District Court